ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2005 OCT 20 PM 12: 04

CLERK *B McCarthy*
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| TERRY WILLIAMS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 105-068 |
| TIMOTHY C. YOUNG, et al., | ) ) ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants Timothy Ward, Brenda Andrews and Ron Whitaker are **DISMISSED** from this case because the complaint fails to state a claim upon which relief can be granted against them. All claims concerning a $5.00 co-payment for medical care are also **DISMISSED**.

SO ORDERED this 20th day of October, 2005, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE