IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 OCT 24 P 12: 28

CLERK C Adams
SO. DIST. OF GA.

| | |
|---|---|
| TERRY WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) CV 105-068 |
| TIMOTHY C. YOUNG, | ) |
| Defendant. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendant's motion for summary judgment is **GRANTED**, Plaintiff's "cross summary judgment" motion is **DENIED**, final judgment shall be **ENTERED** in favor of Defendant, and this civil action shall be **CLOSED**.

SO ORDERED this 24th day of October, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE